# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A Grey in Color Apple iPhone currently Located with the suspect | CASE NO. 1:19-MJ-456<br><br>MAGISTRATE JUDGE LITKOVITZ |

## ORDER DENYING MOTION TO REMAIN SEALED

This matter is before the Court on the motion of the United States "for an order requiring that all documents associated with the above-referenced case number, including this Motion and Order remain sealed until January 31, 2023 (pursuant to General Order 18-01) or until such time as an Indictment or Information is filed or until directed by this Court."  (Doc. 4).

The motion must be denied.  The requested date to remain sealed (January 31, 2023) has already passed.  In addition, General Order 18-01 has been superseded by General Order 23-03, which governs the automatic sealing and procedures for unsealing of applications for search warrants, pen registers, trap and trace devices, or court orders under 18 U.S.C. § 2703(d). Therefore, General Order 18-01 provides no support for the continued sealing of this matter.

Accordingly, the motion is **DENIED**, subject to reconsideration upon the filing of a motion that complies with General 23-03.

**IT IS SO ORDERED.**

_____
HON. KAREN L. LITKOVITZ
UNITED STATES CHIEF MAGISTRATE JUDGE